UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-20687-UU

FRANCIS MARTINEZ,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.,
d/b/a SUNBELT RENTALS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, SUNBELT RENTALS, INC., d/b/a SUNBELT RENTALS ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of reducing that agreement to writing. Plaintiff and Defendant respectfully request twenty-one (21) days in which to finalize a settlement agreement and to file a stipulation for dismissal of this action with prejudice.

Dated: March 20, 2017.

                                        **Respectfully submitted by:**

                                    BY: /s/ Jason S. Weiss
                                              Jason S. Weiss
                                              Jason@jswlawyer.com
                                              Florida Bar No. 356890
                                              **WEISS LAW GROUP, P.A.**
                                              5531 N. University Drive, Suite 103
                                              Coral Springs, FL 33067
                                              Tel: (954) 573-2800
                                              Fax: (954) 573-2798
                                              *Attorneys for Plaintiff*