UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:17-cv-20687-UU

FRANCIS MARTINEZ,

    Plaintiff,

v.

SUNBELT RENTALS, INC. d/b/a
SUNBELT RENTALS,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, P Defendant, SUNBELT RENTALS, INC. d/b/a SUNBELT RENTALS ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.    This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

                                             BY:   /s/ Jason S. Weiss
                                                     Jason S. Weiss
                                                     Jason@jswlawyer.com
                                                     Florida Bar No. 356890
                                                     **WEISS LAW GROUP, P.A.**
                                                     5531 N. University Drive, Suite 103
                                                     Coral Springs, FL 33067
                                                     Tel: (954) 573-2800
                                                     Fax: (954) 573-2798
                                                     *Attorneys for Plaintiff*

{41219541;2}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890

{41219541;2}